UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RANDY WHITE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-3049** |
| **ST. TAMMANY SHERIFF'S DEPARTMENT, ET AL.** | **SECTION: D (2)** |

### ORDER AND REASONS

The Court, having considered Plaintiff Randy White's 42 U.S.C. § 1983 Complaint,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the failure of the Plaintiff to file any objection to the Report and Recommendation,[3] hereby approves the Report and Recommendation and adopts it as its opinion in this matter. In doing so, the Court notes that it has construed Plaintiff Randy White's *pro se* pleading liberally.[4]

**IT IS HEREBY ORDERED** that Plaintiff's 42 U.S.C. § 1983 claims against St. Tammany Parish Sheriff's Department and Sheriff Randy Smith and his § 1983 claims of inadequate medical care at the St. Bernard Parish Jail, whether asserted against St. Bernard Parish Jail, Dr. Gore, or Nurse Mike, are **DISMISSED with prejudice** pursuant to 28 U.S.C. §§ 1915 and 1915A as frivolous and otherwise for failure to state a claim for which relief can be granted.

---

[1] R. Doc. 3. The assigned Magistrate Judge held a *Spears* hearing in this matter on May 23, 2023. R. Doc. 30. Testimony during a *Spears* hearing supersedes the allegations of a plaintiff's complaint. *See Riley v. Collins*, 828 F.2d 306, 307 (5th Cir. 1987).
[2] R. Doc. 31.
[3] Objections were due July 11, 2023. Because Plaintiff is proceeding *pro se*, the Court has allowed additional time for objections. None have been filed as of the date of this Order.
[4] *See Coleman v. United States*, 912 F.3d 824, 828 (5th Cir. 2019).

**IT IS FURTHER ORDERED** that Plaintiff's 42 U.S.C. § 1983 claim of excessive use of force by Deputy Willie on July 25, 2022, be allowed to proceed and remain referred to the assigned Magistrate Judge for further pretrial proceedings.

New Orleans, Louisiana, July 31, 2023.

                                                  _____
                                                  **WENDY B. VITTER**
                                                  **United States District Judge**